# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

KARL SCHUBERT, :

    Petitioner :

                         CIVIL ACTION NO. 3:16-2198

v. :

                          (Judge Mannion)

SUPT. BARRY SMITH, *et al.*, :

    Respondents :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation of Judge Carlson, **(Doc. 11)**, is **ADOPTED**.

2. Petitioner Schubert's petition for writ of habeas corpus, **(Doc. 1)**, is **CONDITIONALLY GRANTED**.

3. Schubert's Cumberland County conviction and April 28, 2014 sentence are **VACATED**.

4. The Commonwealth is directed to release Schubert from custody unless he is retried in Cumberland County Court **within 120 days** from the date of this Order.

5. The Clerk of Court shall **CLOSE** this case.

                                           s/ *Malachy E. Mannion*
                                           **MALACHY E. MANNION**
                                           **United States District Judge**

**Dated: December 10, 2018**